**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Michael Anthony Butler, Jr., Appellant.

Appellate Case No. 2014-001595

―――――――――

Appeal From Horry County
Steven H. John, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2016-UP-003
Submitted November 1, 2015 – Filed January 13, 2016

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender Laura Ruth Baer, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Interim Senior Assistant Deputy Attorney General John Benjamin Aplin, all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.

―――――――――

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.